UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHENZHEN QINGXIYUE ELECTRONIC COMMERCE CO., LTD, <br>               Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br>               Defendants. | Civil Action No. 1:23-cv-14624 <br><br> Honorable Martha M. Pacold <br><br> JURY TRIAL DEMANDED |

## REQUEST FOR LEAVE TO AMEND THE PLEADINGS UNDER RULE 15(a)(2)

Plaintiff hereby gives notice that, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, and or their counsel(s), gives notice that Defendant No. 2, Quescu, is dismissed without prejudice.

Plaintiff seeks leave to amend the pleadings under Rule 15(a)(2) to drop Defendant No. 2 from the Schedule A form. Plaintiff will file a revised Schedule A form with the Court's permission.

Dated: 10-24-23

Respectfully submitted,

By: */s/ Pete Wolfgram*
Pete Wolfgram
Stratum Law LLC
2424 E. York St. Ste. 223
Philadelphia, PA, 19125
*for Plaintiff*